UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>    Plaintiff,<br><br>v.<br><br>O. KUKU-OJO,<br><br>    Defendant. | No. 2:16-cv-2731 WBS AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. He has filed numerous requests for extension of time and for appointment of counsel. ECF Nos. 10-13, 18, 21-23, 27.

There are currently no deadlines pending and the motions for extension of time of unspecified deadlines will therefore be denied. With respect to his requests for counsel, the court has yet to screen the complaint and is therefore unable to assess plaintiff's likelihood of success on the merits at this time. Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009) ("When determining whether 'exceptional circumstances' exist, a court must consider 'the likelihood of success on the merits as well as the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved.'" (quoting Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983))). The motions for counsel will therefore be denied without prejudice as premature.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for extension of time and appointment of counsel (ECF Nos. 10-13, 18, 21-23, 27) are denied.

DATED: September 28, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE