# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>O. KUKU-OJO, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2731 WBS AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed several letters that appear to seek assistance with accessing the law library and obtaining preferred legal user status. ECF Nos. 60-62. However, plaintiff has not identified what deadlines are pending that require his access to the law library, and it appears that some of the issues plaintiff is seeking to pursue are unrelated to this case. Requests unrelated to matters before the court in this case will not be considered, and if plaintiff requires additional time to meet deadlines in this case due to his limited law library access, he may request an extension of time that explains what deadline he needs extended and why he needs the extra time.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's requests (ECF Nos. 60-62) for court-ordered library access are denied.

DATED: May 30, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE