UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:16-cv-2731 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| O. KUKU-OJO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for a ninety-day extension of time. ECF No. 80. However, he fails to identify what deadline he needs extended and the motion will therefore be denied. If plaintiff wants more time to meet a deadline, he needs to file a motion that explains what he wants more time for, how much time he wants, and why he needs the extra time.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 80) is denied.

DATED: July 30, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE