UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>        Plaintiff,<br><br>    v.<br><br>O. KUKU-OJO, et al.,<br><br>        Defendants. | No. 2:16-cv-2731 WBS AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a request for status (ECF No. 132) and what appears to be a request for an extension of time (ECF No. 134).

In response to the request for status, plaintiff is advised that on May 4, 2020, the undersigned issued findings and recommendations recommending dismissal of this case for failure to comply with a court order and giving plaintiff twenty-one days to file objections.[1]  ECF No. 131.  Plaintiff has also filed what appears to be a request for additional time (ECF No. 134), and while the request appears to relate to the mandate from the Ninth Circuit, it will be construed as a request for an extension of the time to file objections to the findings and recommendations.

---

[1] Since the certificate of service on the request for status is dated May 6, 2020 (ECF No. 132 at 4), it appears that plaintiff had not yet received the findings and recommendations at the time he sent the request.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for status (ECF No. 132) is granted to the extent provided above.

2. Plaintiff's request for an extension of time (ECF No. 134) is granted and plaintiff shall have twenty-one days from the service of this order to file objections to the May 4, 2020 findings and recommendations.

DATED: June 5, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2